CLIFFORD W. STEVENS (SBN: 148918)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA 95201-2030
Telephone: (209) 948-8200
Facsimile: (209) 948-4910

Attorneys for Chapter 7 Trustee,
GARY FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re

DONOVAN JOSEPH GONSALEZ fdba
THE MOUNTAIN HOUSE CAFE

Debtor

Case No. 08-92570

Chapter 7

DC No.: CWS-4

MOTION TO AUTHORIZE SALE
OF REAL PROPERTY

Date: May 5, 2010
Time: 11:00 a.m.
Place: U.S. Bankruptcy Court
Courtroom 33
1200 I Street, Suite 4
Modesto, CA

Judge: Hon. Ronald H. Sargis

Gary Farrar, the Chapter 7 trustee (hereinafter "Trustee"), hereby moves the court for an order to authorize the sale of real property pursuant to 11 U.S.C. section 363(b) and alleges as follows:

1. Debtor filed a chapter 7 bankruptcy petition on November 26, 2008 and moving party was subsequently appointed as the duly acting and authorized trustee.

---
Motion to Authorize Sale of Real Property

610736-1

2. Debtors owned real property, a vacant lot in Sonora, Tuolumne County, identified as Assessor's Parcel Number 0831-170-06 (hereinafter "Real Property") and the Real Property is now part of the bankruptcy estate.

3. The trustee has hired a broker and considered the broker's opinion of value, and has otherwise investigated the value of the Real Property. The Real Property is a vacant lot and has been on the market for approximately 15 months.

4. Based on his investigation, the trustee believes that this sale of the Real Property will be in the best interests of the estate.

5. Subject to bankruptcy court approval, Rodney Mansfield and Sara Mansfield (hereinafter "Buyers") have agreed to purchase the real property and the trustee has agreed to sell the real property. The proposed purchase price is $30,000.00.

6. Liens to be paid through escrow include three recorded child support liens that are referenced in paragraphs 10-12 of the preliminary title report attached as Exhibit A to the Declaration of Gary Farrar. The amount of the claims will not exceed $10,000. The proofs of claim related to these support claims are attached to the Declaration of Gary Farrar as Exhibit B.

7. The proposed sale is subject to overbid on substantially the same terms and conditions as the pending sale.

8. Pursuant to an order of the court dated February 11, 2009, the Broker will be paid 10% of the sales price. Assuming no overbid, the broker's commission and other costs of the sale will be approximately $4,000.

WHEREFORE, the trustee requests that the court order that the sale is authorized.

Dated: April 7, 2010

NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION

By: _____
CLIFFORD W. STEVENS
Attorneys for GARY FARRAR,
Chapter 7 Trustee

2
Motion to Authorize Sale of Real Property
610736-1